**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| TIMISHA TATE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No. 1:26CV367 |

**DEFENDANT UNITED STATES POSTAL SERVICE'S MOTION TO DISMISS**

NOW COMES Defendant, United States Postal Service ("USPS" or "United States"), by and through its attorney, the Honorable Dan Bishop, United States Attorney for the Middle District of North Carolina, and respectfully moves that the Court dismiss Plaintiff's claims pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Plaintiff's claims should be dismissed because she fails to state a claim upon which relief may be granted. Plaintiff's form Complaint does not contain sufficient non-conclusory factual allegations to make out either a Title VII or an Americans with Disabilities Act ("ADA") claim against Defendant.

Moreover, this Court lacks subject matter jurisdiction over Plaintiff's purported ADA claim because the United States cannot be sued by federal employees under the ADA.

Plaintiff's purported Title VII claims should also be dismissed for failure to state a claim upon which relief may be granted for the additional reason that, on the face of the Complaint, any such claim is untimely.

Finally, Plaintiff's Title VII claims and any potential Rehabilitation Act claims should be dismissed for failure to state a claim because the procedural history of her EEOC matter, as reflected in the underlying decision related to her EEOC Appeal that she attached to her Complaint, demonstrate that she failed to administratively exhaust her claims when she belatedly sought informal EEO counseling.

WHEREFORE, Defendant respectfully requests that Plaintiff's claims be dismissed pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

This the 14th day of July, 2026.

Respectfully submitted,

DAN BISHOP
United States Attorney

*/s/ Andrew Durham*
Andrew S. Durham
NC Bar No. 61630
Assistant United States Attorney
United States Attorney's Office
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401
Telephone: 336-333-5351
Email: andrew.durham@usdoj.gov

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| TIMISHA TATE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No. 1:26CV367 |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2026, the foregoing was served on the following by mailing it to the person's last known address pursuant to Federal Rule of Civil Procedure 5(b)(2)(C):

Timisha Tate
408 High Street
Greensboro, NC 27406
*Pro se Plaintiff*

*/s/ Andrew Durham*
Andrew S. Durham
Assistant U.S. Attorney
NC Bar No. 61630
United States Attorney's Office
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401
Telephone: 336-333-5351
Email: andrew.durham@usdoj.gov